

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-23-00745-CR

**IN RE** Aurelio **GARCIA-ESCALANTE**, Relator

Original Proceeding[1]

**ORDER**

On August 11, 2023, Relator, Aurelio Garcia-Escalante, filed a petition for writ of mandamus, complaining of the trial court's July 6, 2023, order. Garcia-Escalante also filed a motion to stay the underlying proceedings, which we granted on August 16, 2023. We further ordered this case abated on November 20, 2023.

After considering the petition and the record, the court concludes Garcia-Escalante is not entitled to the relief sought. Accordingly, we **REINSTATE** this case on the court's active docket and **DENY** the petition for writ of mandamus.

The stay issued on August 16, 2023, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 14333CR, styled *The State of Texas v. Aurelio Garcia-Escalante*, pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.